**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name: | Taco Bueno Restaurants L.P. |
| United States Bankruptcy Court for the: | Northern District of Texas (Dallas Division) |
| Case number (if known): | 18-33679 |

☒ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 1 | Taco Supremo, LLC<br>Attn: Guillermo Perales<br>4055 Valley View Ln<br>Dallas, TX 75244 | Taco Supremo, LLC<br>Attn: Guillermo Perales<br>PHONE: 713-975-1559<br>EMAIL: customer.service@sunholdingsgroup.com | Lender | | $129,896,018 | $25,000,000 | $104,896,018 |
| 2 | Icon International, Inc.<br>Attn: Jean Louis<br>75 Remittance Drive, Dept. 1487<br>Chicago, IL 60675-1487 | Icon International, Inc.<br>Attn: Jean Louis<br>PHONE: 203-388-2807<br>EMAIL: JLouis@ICON-INTL.com | Trade | | | | $595,396 |
| 3 | Spirit Master Funding X, LLC - Tabu I MI<br>2727 N Harwood Street<br>Suite 300<br>Dallas, Tx 75201 | Spirit Master Funding X, LLC – Tabu I ML<br>Attn: Travis Carter<br>PHONE: 972-476-1968<br>EMAIL: tcarter@spiritrealty.com | Rent | | | | $431,754 |
| 4 | TM Advertising LP<br>3030 Olive Street #400<br>Dallas, TX 75219 | TM Advertising LP<br>Attn: Cortney Fly<br>PHONE: 972-556-1100<br>EMAIL: Cortney.Fly@tm.com | Trade | | | | $218,653 |
| 5 | Brightview Enterprise Solutions LLC[2]<br>6530 W Campus Oval<br>Suite 300<br>New Albany, OH 43054 | Brightview Enterprise Solutions LLC<br>Attn: Blake Truman<br>EMAIL: Blake.Truman@brightview.com | Trade | Disputed | | | $186,521 |
| 6 | Valassis<br>P. O. Box 3245<br>Boston, MA 02241-3245 | Valassis<br>Attn: Melissa Pembroke<br>PHONE: 888-238-6437<br>EMAIL: not available | Trade | | | | $177,693 |
| 7 | Tabu Property II, LLC - ML<br>1370 Avenue of The Americas<br>21st FLoor<br>New York, NY 10019 | Tabu Property II, LLC - ML<br>Attn: David Ledy<br>PHONE: 212-581-4540<br>EMAIL: dledy@usrallc.com | Rent | | | | $147,983 |
| 8 | Sagenet<br>P O Box 843553<br>Kansas City, MO 64184-3553 | Sagenet<br>Attn: Dale Higganbotham<br>PHONE: 918-270-7139<br>EMAIL: dale@sagenet.com | Trade | | | | $109,452 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 9 | Tabu Property IV, LLC - ML<br>490 South Highland Ave<br>Pittsburgh, PA 15206 | Tabu Property IV, LLC - ML<br>Attn: Robert Lang<br>PHONE: 412-661-8160<br>EMAIL: rlang@KaminRealty.com | Rent | | | | $107,738 |
| 10 | American Realty Capital Operating Partnership IV, LP<br>2325 E Camelback Rd<br>Ste 1100<br>Phoenix, AZ 85016 | American Realty Capital Operating Partnership IV, LP<br>Attn: Debra March<br>PHONE: 407-378-2492<br>EMAIL: Dmarch@vereit.com | Rent | | | | $102,835 |
| 11 | National Retail Properties Inc<br>450 S Orange Ave Ste 900<br>Orlando, FL 32801 | National Retail Properties Inc<br>Attn: Brooke Edge<br>EMAIL: Brooke.Edge@nnnreit.com | Rent | | | | $100,938 |
| 12 | Deloitte Tax LLP<br>P O Box 844708<br>Dallas, TX 75284-4708 | Deloitte Tax LLP<br>Attn: Chase Berg<br>PHONE: 214-777-7000<br>EMAIL: chaberg@deloitte.com | Professional Services | | | | $95,000 |
| 13 | XPIENT<br>11525 Carmel Commons Blvd.<br>Charlotte, NC 28226 | XPIENT<br>Attn: James Harrison<br>PHONE: 704-295-7000<br>EMAIL: james.harrison@xenial.com | Trade | | | | $89,111 |
| 14 | Haynes And Boone<br>P. O. Box 841399<br>Dallas, TX 75284-1399 | Haynes and Boone<br>Attn: Rob Lauer<br>EMAIL: Rob.Lauer@haynesboone.com | Professional Services | | | | $72,230 |
| 15 | Expert Repair LLC<br>4700 N Hiatus Rd<br>Suite 154<br>Sunrise, FL 33351 | Expert Repair LLC<br>Attn: Mike Farmer<br>PHONE: 405-206-0819<br>EMAIL: mikefarmer@expertrepairllc.com | Trade | | | | $61,345 |
| 16 | Microsoft Licensing GP<br>1950 N. Stemmons Fwy. Ste. 5010<br>LB#842467<br>Dallas, TX 75207 | Microsoft Licensing GP<br>Attn: Krystal Zano<br>PHONE:<br>EMAIL:mscredit@microsoft.com | Trade | | | | $47,069 |
| 17 | LeHigh Hanson, Inc.<br>300 E John Carpenter Freeway<br>Suite 1645<br>Irving, TX 75062 | LeHigh Hanson, Inc.<br>Attn: Brianne Brandle<br>PHONE : (972) 653-5537<br>EMAIL: Brianne.Brandle@LehighHanson.com | Rent | | | | $45,985 |
| 18 | Ecolab Pest Elimination<br>26252 Network Place<br>Chicago, IL 60673-1262 | Ecolab Pest Elimination<br>PHONE: 800-325-1671 | Trade | | | | $45,147 |
| 19 | Innovative Computer Service, LLC<br>108 W. Main St.<br>P. O. Box 1445<br>Purcell, OK 73080 | Innovative Computer Service, LLC<br>Attn: Richard Pogorek<br>EMAIL: rpogorek@kspointofsale.com | Trade | | | | $43,778 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 20 | MD Management Real Estate Development 5201 Johnson Dr Ste 100 Mission, KS 66205 | MD Management Real Estate Development Attn: Javier Valesquez PHONE: 913/831-2996 Ext 272 EMAIL: javier@mdmgt.com | Rent | | | | $39,324 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |